**Electronically Filed
Supreme Court
SCWC-15-0000909
15-DEC-2017
03:46 PM**

SCWC-15-0000909

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

_____

STATE OF HAWAI‘I, Respondent/Plaintiff-Appellee,

vs.

RONALD MELVIN BARNES, Petitioner/Defendant-Appellant.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000909; FC-CR. NO. 12-1-0057)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellant Ronald Melvin Barnes's application for writ of certiorari filed on November 1, 2017, is hereby accepted.

IT IS FURTHER ORDERED, that no oral argument will be heard in this case. Any party may, within ten days and pursuant to Rule 34(c) of the Hawai‘i Rules of Appellate Procedure, move for retention of oral argument.

DATED: Honolulu, Hawai‘i, December 15, 2017.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

